UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00367

**Christian Blanchard,**
*Plaintiff,*

v.

**UT Health East Texas EMS et al.,**
*Defendants.*

# ORDER

Plaintiff Christian Blanchard, proceeding pro se and *in forma pauperis*, filed this action asserting negligence claims. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

On October 3, 2023, the magistrate judge issued a report recommending that defendants' motion to dismiss be granted and the complaint be dismissed without prejudice for lack of subject matter jurisdiction. Doc. 18. Plaintiff did not file written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this action without prejudice. Any motion not ruled on is denied as moot.

*So ordered by the court on November 17, 2023.*

J. CAMPBELL BARKER
United States District Judge